STATE of Missouri, Appellant,

v.

Nicole Lynn GARLAND, Respondent.

No. WD 75292.

Missouri Court of Appeals, Western District.

June 25, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 2013.

Application for Transfer Denied Oct. 1, 2013.

Jennifer Rodewald, for appellant.

Mark Hagen, for respondent.

Before Division Four: JOSEPH M. ELLIS, Presiding Judge, GARY D. WITT, Judge and ZEL FISCHER, Special Judge.

*ORDER*

PER CURIAM:

The State of Missouri brings this interlocutory appeal challenging an order entered by the Circuit Court of Putnam County granting Nicole Garland's motion to suppress evidence discovered and seized during the execution of a warrant to search her apartment. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

The trial court's ruling is affirmed, and the cause is remanded for further proceed-

ings consistent with this opinion. **Rule 30.25(b).**